Jordan Lawrence MILLER–HOWARD,[1]
Petitioner Below–Apellant,

v.

Jane MASON, Respondent
Below–Appellee.

No. 655, 2015

Supreme Court of Delaware.

Submitted: May 6, 2016
Decided: July 21, 2016

Court Below—Family Court of the State of Delaware, File No. CN09–04640, Petition No. 15–11181

REVERSED.

James STANLEY, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 704, 2015

Supreme Court of Delaware.

Submitted: August 17, 2016
Decided: August 18, 2016

Court Below—Superior Court of the State of Delaware, Cr. No. 0804003889

AFFIRMED.

Darren KRAFT, Jr. Respondent
Below, Appellant,

v.

DIVISION OF FAMILY SERVICES,
Petitioner Below, Appellee.

No. 706, 2015

Supreme Court of Delaware.

Submitted: August 17, 2016
Decided: August 19, 2016

Court Below-Family Court of the State of Delaware in and for New Castle County, File Nos. CN14-03761, 15-09-07TN, Petition Nos. 14-18617, 15-27967

AFFIRMED.

Ronnie L. THOMPSON, Defendant
Below-Appellant,

v.

STATE of Delaware, Plaintiff
Below-Appellee.

No. 620, 2015

Supreme Court of Delaware.

Submitted: June 1, 2016
Decided: August 19, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID 1209013046

AFFIRMED.

1. The Court assigned pseudonyms to the parties under Supreme Court Rule 7(d).